Certificate Number: 06531-PAM-DE-041240325

Bankruptcy Case Number: 26-01959



06531-PAM-DE-041240325

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2026, at 12:40 o'clock PM CDT, John R Goodbred completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   July 23, 2026                          By:      /s/Patricia Queen

Name:  Patricia Queen

Title:   Certified Credit Counselor